**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02600-LTB

**WILLIAM DUNLAP**,

    Plaintiff,

v.

**NO NAMED DEFENDANTS**,

    Defendants.

---

**JUDGMENT**

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 5, 2016, it is hereby

    **ORDERED** that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 5 day of January, 2016.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk


                              By: s/ Jennifer Hawkins
                                  Deputy Clerk